### 15279. HANSON *v.* THE STATE.

Where there is some slight evidence to support a verdict approved by the
trial judge, his discretion in refusing to grant a new trial because of
alleged insufficiency of evidence will not be interfered with by this court.

DECIDED APRIL 16, 1924.

Conviction of manufacture of liquor; from Wilkes superior
court—Judge Shurley. December 8, 1923.

*Norman & Norman,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

BLOODWORTH, J. "In this case the motion for a new trial con-
tained only the usual general grounds. There was some slight
evidence authorizing the verdict; and, the verdict having been ap-
proved by the trial judge, under the repeated and uniform rulings
of this court and of the Supreme Court, a reviewing court is
powerless to interfere. When the verdict is apparently decidedly
against the weight of the evidence, the trial judge has a wide dis-
cretion as to granting or refusing a new trial; but when there is
any evidence, however slight, to support a verdict which has been
approved by the trial judge, this court is absolutely without
authority to control the judgment of the trial court." *Toole* v.
*Jones,* 19 *Ga. App.* 24 (90 S. E. 732). See also *Tate* v. *State,*
30 *Ga. App.* 35 (116 S. E. 541); *Usry* v. *State,* 30 *Ga. App.* 180
(117 S. E. 108); *King* v. *State,* 30 *Ga. App.* 181 (117 S. E.
119); *Williams* v. *State,* 24 *Ga. App.* 53 (2) (99 S. E. 711).

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*